22994

Richard B. COXE, Petitioner v. Elizabeth Y. COXE, Respondent.

(378 S. E. (2d) 259)

Supreme Court

*A. Camden Lewis* and *Mary G. Lewis, Babcock, Pleicones and Hawkins,* Columbia, *for petitioner.*

*J. D. Todd, Jr.,* of *Leatherwood, Walker, Todd & Mann,* Greenville, *for respondent.*

Heard Feb. 20, 1989.

Decided March 27, 1989.

*Per Curiam:*

The writ of certiorari to the Court of Appeals in the case of *Coxe v. Coxe,* 294 S. C. 291, 363 S. E. (2d) 906 (1987), is dismissed as improvidently granted.